

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00267-CV

**MARY HERZOG FRANKS,**

**Appellant**

 **v.**

**DILLAN LEE THIBODEAUX
AND VALSOURCE INTERNATIONAL,**

**Appellees**

**From the County Court at Law
Walker County, Texas
Trial Court No. 12760CV**

## MEMORANDUM OPINION

On August 12, 2019, appellant, Mary Herzog Franks, filed her notice of appeal in this matter. The Clerk's and Reporter's Records were filed on September 9, 2019, and October 3, 2019, respectively. Pursuant to Texas Rule of Appellate Procedure 38.6(a), appellant's brief was due within thirty days of October 3, 2019. *See* TEX. R. APP. P. 38.6(a). Appellant filed multiple motions for extension of time to file her appellant's brief in this case. We granted each of appellant's motions for extension of time. The latest motion for

extension of time filed by appellant indicated a requested due date of January 3, 2020. When appellant did not file her appellant's brief by January 3, 2020, we sent a letter, on January 10, 2020, informing appellant that her brief was late. Furthermore, in our January 10, 2020 letter, we warned appellant that this case may be dismissed for want of prosecution unless, within twenty-one days of January 10, 2020, she filed with this court a response showing grounds for continuing the appeal.

More than twenty-one days have passed, and appellant has not responded to our January 10, 2020 letter showing grounds for continuing the appeal. As such, we hereby dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).[1] *See* TEX. R. APP. P. 42.3(c).

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed February 12, 2020
[CV06]



---

[1] And in light of our disposition, all pending motions are dismissed as moot.